THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHL EXPRESS (USA), INC., an Ohio corporation, <br><br> Defendant. | Case No. 2:23-cv-01430-JHC <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: October 10, 2023 |

## STIPULATION

Defendant DHL Express (USA), Inc. and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to November 1, 2023.

On September 20, 2023, Plaintiff served the Complaint on Defendant. Under FRCP 12(a)(1), Defendant's answer or other response is currently due on October 11, 2023. Counsel for Plaintiff and Defendant have conferred. In light of the investigation Defendant must undertake to fully assess Plaintiff's complaint, there is good cause to grant the parties' stipulated request for additional time so that the parties and the Court have ample time to address and consider all such issues. Accordingly, Plaintiff and Defendant stipulate and agree, subject to the Court's approval,

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1 (Case No. 2:23-cv-01430-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  to extend the Defendant's deadline to answer or otherwise respond to November 1, 2023.

2      This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection, including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

*IT IS SO STIPULATED.*

Dated this 10th day of October, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA #53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email:  amy.taylor@morganlewis.com

Melissa D. Hill *(pro hac vice to be submitted)*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6318
Email:  melissa.hill@morganlewis.com

*Attorneys for Defendant*

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 2 (Case No. 2:23-cv-01430-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

    DATED: October 11, 2023.

                                       /s/ John H. Chun
                                   THE HONORABLE JOHN H. CHUN
                                   UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA # 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

Melissa D. Hill *(pro hac vice to be submitted)*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6318
Email: melissa.hill@morganlewis.com

*Attorneys for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA # 2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 3 (Case No. 2:23-cv-01430-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401