THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHL EXPRESS (USA), INC., an Ohio corporation, <br><br> Defendant. | Case No. 2:23-cv-01430-JHC <br><br> **SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: October 31, 2023 |

**STIPULATION**

Defendant DHL Express (USA), Inc. and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to a second extension for Defendant to answer or otherwise respond to the Complaint to November 15, 2023.

On September 20, 2023, Plaintiff served the Complaint on Defendant. On October 10, 2023, the parties agreed to, and the Court granted, an extension for Defendant's Answer or other responsive pleading to November 1, 2023. Dkts. 6, 7. While the parties have since made a good faith effort to confer, investigate, and resolve the benefits contribution issues in this lawsuit, more time is needed to fully assess the claims in this lawsuit. Accordingly, the parties stipulate and agree, subject to the approval of the Court, that good cause exists to further extend Defendant's

SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1
(Case No. 2:23-cv-01430-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1 | Answer or other responsive pleading to November 15, 2023.

2 |     This stipulation and order shall not operate as an admission of any factual allegation or

3 | legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection,

4 | including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

5 |     *IT IS SO STIPULATED.*

7 |     Dated this 31 day of October, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA #53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

Melissa D. Hill *(pro hac vice)*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6318
Email: melissa.hill@morganlewis.com

*Attorneys for Defendant*

---

SECOND STIPULATION AND ORDER
EXTENDING DEFENDANT'S DEADLINE
TO ANSWER OR RESPOND TO
COMPLAINT - 2
(Case No. 2:23-cv-01430-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

    DATED: November 1, 2023.

*John H. Chun*
_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA # 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

Melissa D. Hill *(pro hac vice)*
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6318
Email: melissa.hill@morganlewis.com

*Attorneys for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA # 2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S
DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 3
(Case No. 2:23-cv-01430-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401