THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation,<br><br>                    Defendant. | NO.    2:23-cv-01430-JHC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff and Amy P. Taylor of Morgan, Lewis & Bockius LLP, attorneys for Defendant, DHL Express (USA), Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 21st day of December, 2023.

//

//

//

//

REID, BALLEW, LEAHY & HOLLAND. L.L.P.

MORGAN, LEWIS & BOCKIUS, LLP

s/Russell J. Reid
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower #300
Seattle WA 98119
(206) 285-0464

*s/Amy P. Taylor*
Amy P. Taylor, WSBA #53644

1301 Second Avenue, Suite 2800
Seattle WA 98101
(206 274-6391

Melissa D. Hill, pro hac vice
101 Park Avenue
New York NY 10178-0060
(212) 309-6318

Attorney for Plaintiff

Attorney for Defendant

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 22nd day of December, 2023.

John H. Chun

UNITED STATES DISTRICT COURT JUDGE